McDonald *v.* Daniel. Perry *v.* Wilhoit. Woodruff *v.* Goode.

Beck, P. J. The rulings in *Felton* v. *Huiet*, this day decided, and in *Gray* v. *McLendon*, 134 *Ga.* 224 (67 S. E. 859), are controlling in these cases. *Judgments affirmed. All the Justices concur, except Hill, J., absent because of illness.*

Nos. 9916, 9938, 9965. December 22, 1933. Rehearing denied March 1, 1934.

*Felton & Felton* and *Robert B. Blackburn,* for plaintiffs.

*M. J. Yeomans, attorney-general, J. J. E. Anderson, J. T. Goree, B. D. Murphy, C. T. Crim, J. R. Terrell Jr., Frank Harwell, L. L. Meadors, R. S. Dennis, E. P. & J. Cecil Davis, L. S. Johnson, M. A. Allison,* and *J. H. Skelton,* for defendants.